No. 1441, Misc.   FRANKLIN v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 1442, Misc.   LESER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1443, Misc.   LEAKE v. VIRGINIA.   Sup. Ct. App. Va.   Certiorari denied.

No. 1447, Misc.   WATSON v. COMMON PLEAS COURT OF PHILADELPHIA ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 1452, Misc.   DEBERRY v. SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.   *Matthew J. Perry* for petitioner.

No. 1453, Misc.   DAVIS v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1456, Misc.   HARSHAW v. CORPORATION COUNSEL FOR THE CITY OF FLINT ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 1461, Misc.   RHODES v. NEBRASKA.   Sup. Ct. Neb. Certiorari denied.

No. 1481, Misc.   COOPER ET AL. v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 1484, Misc.   MOLL v. LAVALLEE, WARDEN.   Ct. App. N. Y. Certiorari denied.   *William Cahn* and *Henry P. DeVine* for respondent.